UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   Case No.  13-41205-nhl
VLADIMIR GRANOVSKIY,

        Debtor.
------------------------------------------------------------------------X   Adv. Proc. No.:  13-01481-nhl
DEBRA KRAMER, as Chapter 7 Trustee
for the Estate of VLADIMIR GRANOVSKIY,

        Plaintiff,

        -against-

VLADIMIR GRANOVSKIY,

        Defendant.
------------------------------------------------------------------------X

### STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiff and Defendant, through their undersigned counsels, stipulates to an extension of time to respond to Complaint.  Defendants shall have until December 9, 2013 to respond to the Complaint

*/s/Fred Kantrow*                     */s/karamvir dahiya*
Fred Kantrow, for Plaintiff          Karamvir Dahiya for Defendant.

Dated: October, 24, 2013

**So Ordered:**



Dated: October 28, 2013                                 **Nancy Hershey Lord**
      Brooklyn, New York                         **United States Bankruptcy Judge**